AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

ANGELA SIMMONS

V.

LIBERY NATIOINAL LIFE INSURANCE CO.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06CV689

TO: (Name and address of Defendant)

LIBERTY NATIONAL LIFE INSURANCE CO.
C/O: THE CORPORATION COMPANY
2000 INTERSTATE PARK DRIVE
SUITE 204
MONTGOMERY, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KATHRYN DICKEY
322 ALABAMA STREET
SUITE B
MONTGOMERY, AL 36104

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

/s/ Austin

(By) DEPUTY CLERK

DATE 8/7/06