# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ANGELA SIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 2:06-cv-689-DRB |
| LIBERTY NATIONAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT LIBERTY NATIONAL LIFE INSURANCE COMPANY'S DISCLOSURE STATEMENT

In accordance with this Court's January 28, 2000 Order and Federal Rule of Civil Procedure 7.1, defendant Liberty National Life Insurance Company ("defendant") submits the following Disclosure Statement. Torchmark Corporation, a publicly traded company, is defendant's parent corporation. Defendant has no publicly traded subsidiaries that are not wholly owned. Defendant has no publicly traded affiliates.

Respectfully submitted,

*/s/Thomas A. Davis*
Thomas A. Davis (ASB-5877-S56T)
E-mail: tdavis@constangy.com
Direct Dial No.: (205) 226-5465
Shannon L. Miller (ASB-8026-R60S)
E-mail:  smiller@constangy.com
Direct Dial No.: (205) 226-5468
CONSTANGY, BROOKS & SMITH, LLC
Suite 900, One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Facsimile:   (205) 323-7674

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Kathryn Dickey, Esq.
322 Alabama Street
Montgomery, AL 36104

Janice Spears-Turk, Esq.
5295 Vaughn Road
Montgomery, AL 36116

*/s/Thomas A. Davis*
Thomas A. Davis