**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 31, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Simmons v. Liberty National Life Insurance Company
Civil Action No. 2:06-cv-00689-DRB

The above-styled case has been reassigned to Judge W. Harold Albritton.

Please note that the case number is now 2:06-cv-00679-(WHA).   This new case number should be used on all future correspondence and pleadings in this action.