IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA SIMMONS, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY NATIONAL LIFE )<br>INSURANCE COMPANY, )<br>)<br>       Defendant. ) | CIVIL ACTION NO. 2:06cv689-WHA |

## **ORDER**

Upon consideration of Defendant's Motion to Change Venue (Doc. #5), filed on August 25, 2006, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before September 14**, **2006** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 31st day of August, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE