# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 31, 2006

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re: Simmons v. Liberty National Life Insurance Companyl
Civil Action No. Judge  2:06-cv-00689-WHA

The above-styled case has been  reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:06-cv-00689-(MEF).   This new case number should be used on all future correspondence and pleadings in this action.